

*Steven W. Brown*
*SVP, Global Support*
*November 7, 2011*

**Letter of Resignation**

Neil Nguyen
Chief Operating Officer
DG
750 W. John Carpenter Fwy, Suite 700
Irving, Texas  75039

Dear Neil:

As a part of my management approach, I have always planned for this eventuality. While I had no specific time line, I've taken the approach that my teams should be able to operate in my absence. A new door has opened along my career path, and I realize it's time for me to say goodbye.

I feel confident in the team's ability to perform, make decisions and run the day-to-day business of their respective departments. We've made great strides over the past 3 years in Global Support, Storage and Affiliate Relations. While subtle, many of the changes have been critical to the foundation, and I'm confident they will continue to be validated.

The decision to move Global Support under Operations is, I feel, the right decision for the business. It made me realize, however, that I am looking for something I wouldn't find at DG. I want to thank you for the opportunities you've allowed me with the company. I can only say that I've given it my best, and with the exception of the recent Cerona project, I feel we were successful.

As I say goodbye, I want to close by saying that I have the greatest respect for you personally and will always value our time together at DG.I wish you continued success and well-being.

As this decision will close the door behind me, please accept this letter as my formal resignation of my current position as Senior Vice President of Global Support at DG.


Sincerely,

Steven W. Brown



p. 972.581.1967
f. 972.581.2001
750 West John Carpenter Freeway, Suite 700 | Irving, TX 75039